IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA   DIVISION

Melvin Robertson
Plaintiff

        )
        )  CIVIL ACTION NO
        )
V.        )   **1:20-CV-2507**
        )
        ) JURY TRIAL  Demand

Defendants

**COMPLAINT**

Clayton County Ga. police
 dept

Clayton county Ga. chairman
 of board  commissioner
 Jeffrey Turner  INDIVIDAL,
capacity,  office  capacity,

 State of Georgia

City of ATLANTA, GA Mayor
Keisha Lance Bottoms,
 INDIVIDAL  capacity,
office  capacity,

City of Atlanta, Ga police detp.
Chief Erika  Shields  INDIVIDAL  capacity,
office  capacity,

Nathan Deal  INDIVIDAL  capacity,
office  capacity,

1

Case 1:20-cv-02507-TCB   Document 1   Filed 06/12/20   Page 2 of 30



JURISDICTION AND VENUE  This is an action for injunctive relief and damages

pursuant to 42 U.S.C. §1983, right to  redress first amends U.S.C. §1983 FOURTH,

AMENDMENT  And equal  protection seizures propertys under

FOURTEENTH AMENDMENT liberty and property  federal tort

claim act negligence, 42 U.S.C. § 1983

U.S.C. § 1983 breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986

constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42

U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985, 42U.S.C.1986 action for neglect to

prevent Georgia code Title 51 O.C. G. A.51-1-6-1 breach of duty O.C.G.A.§ 51-1-6,

EMOTIONAL DISTRESS GA. TORLLAW

FASTUAL ALLEGATIONS

1

The plaintiff had just started taking a test in the Clayton County International park the plaintiff were a test their in side Clayton County Ga. building on around about 5-10-2004 the place was very hot the folks give the test was hot as well the plaintiff H.V.A.C. inspector the Clayton County Ga. Devel. Dept. the knew somethink very wrong because this could make folks sick it was that hot. Two of the inspector had just take their test and one man did pass one of his test and these did really want the plaintiff to take the test because it was one year and three month before the plaintiff took the tests.

2

Must of the inspector had change territory on around about 6-6-2004 the had start inspecting on the South side of Clayton County and now he had move to North side of the Clayton County and the plaintiff change all inspection file with his coworker Michale Spence and gave me his file. because what at Clayton County International park the plaintiff beleieve that something else was go on the plaintiff kept search for something because these inspectors said never work for a black boss and continue think there was some else after look throught the flies and came cross that wasn't right . builder former commissioner Robbin Moore jr. former Deputy director Joe Murphy Clayton County Ga. Communtion Devel. dpt. did all plumbing, mechanical,Building, footing insection, electrical the inspection his subdivision and no other Clayton County Ga. had any inspection in that subdivision. around about 6-7-2004

3

4

on around about 6-12-2004 WSB-TV CHANNEL 2 ACTION NEW TO investigative report Richard Belcher broadcast former reported that Clayton county Ga. former Clayton County Ga. builder former commissioner Robbin Moore jr. was get favoritism former Deputy director Joe Murphy Clayton County Ga. Communtion Devel. dpt

14

The plaintiff call a meeting with Gail Davenport  president of Clayton county concern citizen was down town Joneboro, Ga  Captain Jeffrey Turner of Clayton County Ga police dept.county Ga. N.A.A.C.P. President Joseph Wheeler on around about 6-22-2004 and the . N.A.A.C.P. President Joseph Wheeler, told the plaintiff to file fedral lawsuit United State Northern District Court for the Northern District of Georgia.

15

the plaintiff to file fedral lawsuit United State Northern District Court for the Northern District of Georgia on around about 7-6-2004 the plaintiff emails all new outlets tries set up a new conference.

16

on around about 7-7-2004
 the fact that had  the plaintiff in a meeting with the former Clayton County Ga. commissioner board chairman C.C. Bray administration and his assistant Wade Star Jr the plaintiff . and record the meeting with his tape record were the plaintiff told former Clayton County Ga. commissioner board chairman C.C. Bray administration assistant Wade Star Jr. that had told Captain Jeffrey Turner of Clayton County Ga police dept. that former deputy Director  Joe Murphy  Clayton county communion devel. dept. doing all the inspection all former Clayton County Ga. Commissioner Robbin Moore jr. inspection in his subdivision. and the fact that the former Clayton County Ga. commissioner board chairman C.C. Bray administration assistant Wade Star Jr. the Clayton County Ga. and Clayton County Ga.

18

0n around about 6-24-2004

after leaveing the office former Clayton County Ga. commissioner board chairman C.C. Bray administration office there was two Clayton County Ga police car follow the plaintiff around subdivisions while was back on inspection.

19

the plaintiff on 7-8-2004 Gail Davenport at time was president of Clayton county concern citizen was down town Joneboro, Ga. with the Rev Jesse Jackson giving a new coference and the plaintiff went down their and show GAIL Davenport at the time was president of Clayton county concern citizen and Clayton county Ga.

the plaintiff supended letter and a copy of the E.E.O.C. paper that the plaintiff file and the media was their when CBS WGCL TV 46 Atlanta, Ga. the Rev Jesse Jackson gave new conference and the plaintiff gave Gail Davenport his E.E.O.C. paper and suspension from the Clayton County Ga. Community Devel dept. Had been three days and the Rev Jesse Jackson held them up while as did the interwew that was a housing problem in Clayton County Ga. in Jonesboro, Ga.

20

the plaintiff got call from Sara Doe to come and repair air condition unity that on around about 7-19-2004 saturday morning on around about 6 o clock A.M.the plaintiff went over to home and the unit was turn off and the plaintiff turn it back on her husband ask how mush you charge the plaintiff said nothing and the plainiff saw car their were Clayton County Ga, police dept. investigation unit a man with a camera.

21

the fact plaintiff believed that The director of the Clayton County Ga. community Devel. Dept. James Eddie Williams who break in to the plaintiff the plaintiff home at 505 Hamlin Trace Riverdale, Ga. on around about while the plaintiff out doing inspection for Clayton County Ga. community Devel. Dept. 7-14-2004 with search warrant

22

on around about 6-12-2004 thur 6-5-2020 Because the Clayton County Ga.police dept. retaliate against the plaintiff because stop him suiting with out provocation and used The Clayton County Ga. police dept. and put the plaintiff under investigatetion and brought fase charge against the plaintiff and used the power of the police to carry this out and used Municipalities,

Cities, Counties Atlanta, Ga. Elberton. Ga. to put the plaintiff in jail and concealed all of they action and the corruption that the plaintiff
reported in the Clayton county Ga Communition Devel. dept.

23

because this was created  on of around about 7-7-2004 with out provocation. initiated by The Clayton County Ga. police dept. and chief Robinison,The former Clayton County Ga. commissioner board chairman C.C. Bray, The Clayton County Ga. boad of commissioners john doe, John doe, Charlie Greswell, Virginia Gray Clayton County Ga. Sheriff dept employee and other Clayton County Ga. employee. the plaintiff get call from the plaintiff  half brother Roy Robertson told that former Clayton County Ga. commissioner Virginia Gray said to him that the plaintiff isn't go to court with this.

24

this started on around about 6-14-2004
put the plaintiff under investigation on a Time line the moneys for training Clayton County Ga.employee that the Clayton County Ga. board of commissioner gave to the the Clayton County Ga. Communition  Devel dept. The director of the Clayton County Ga. community Devel. Dept. James Eddie Williams  Clayton County Ga. community Devel. Dept. the deputy director Joe Murphy  used it for to run their constructions business  inside of Clayton County Ga. community Devel. Dept. office their day today operation. and reward employee that work for at Clayton County Ga. Communition  devel dept. with resorts location to the Joan Doe was one those women in the office at the Clayton County Ga.Communition devel dept. for trainings and they were giving big salary as well. compared  to other employee making more than some the inspectors. and there was no money for training inspector the Clayton County Ga.Communition devel dept inspection dep.  because these government official  and the reported that government official put the public at risk. their schemes was to get the plaintiff business license and charge the plaintiff with run a business with a license. by put the plaintiff in jail they would concealed their action. every  inspector had to do other skilled trades pulmbing inspection, electrical inspection building inspection mechanical inspection the plaintiff was hired as a H.V.A.C. inspector because the plaintiff had to do all skill trade all inspection.  the government official  action put the public at risk.

25

9-9-2004

the plaintiff was rear ended because had a file fedral lawsuit United State Northern District
Court for the Northern District of Georgia
 a tractor traile truck went across the high way on conyers this was planed by Clayton County
Ga. government. their plain were created accident and get the plaintiff involve it that would be
the plaintiff fault  once the came cross street and the plaintiff hit break and car from the back
him rear ended these were trying points on the plaintiff drive license and if it was hie fault then
could not drive the Clayton County Ga. vehicle. that way would not to come back to his job.

29

the plaintiff went by to WSB-TV CHANNEL 2 ACTION NEW TO investigative report Richard
Belcher,  and Richard Belcher and his producer listen to the recording the tape that the plaintiff
recording office. this was around about 9-12-2004 and Belcher ask the plaintiff let get a copy of
the tape recording
the plaintiff gave a copy to the producer because and got it back a week late.

30

on around about 9-19-2004 hired Attorney law group Rollins,Thompson, and swaz The plaintiff
suit former Clayton County Ga. commissioner board chairman C.C. Bray, the former the Clayton
County Ga.Communication devel. dept director James Eddie Williams

31

the former the Clayton County Ga.Communication devel. dept director James Eddie Williams pull
along beside him in the City of Conyer Ga. this man came  out of no way to retaliate with out
provocation from the plaintiff his former Clayton County Ga.Communication devel. dept. director
James Eddie Williams boss haras staking the plaintiff just had return from the city of Elberton,
Ga. and former the Clayton County Ga.Communication devel dept director James Eddie Williams
start blew his van horns.because had just went leave acceap for the Clayton County
Ga.Communication devel dept.10-11-2004 one of the men the plaintiff had the plaintiff Federal
lawsuit against In the United State Northern District Court for the Northern District of Georgia.

32

around about  10-5-2004 the plaintiff were to go to a

Church in South west Atlanta, GA. and the City of Atlanta, Ga. inspection division heating air condition inspector because had been talk him for over a year while working at the Clayton County Ga.Communition devel dept. and the city of Atlanta police dept. was tries in trap the plaintiff with a charge to stop from suiting Clayton County Ga.Communition devel. dept.

33

and then around about 11-12-2004 my Attorney had a got another man as one of their attorney that going to handly my law case and the first thing said well you used tape record as if hesound like mad because the plaintiff had did that, record your former The former Clayton County Ga. commissioner board chairman C.C. Bray in his office it was very up set went the left his office.

34

. Michael Doe call the plaintiff about his furance need to be replaced the plaintiff had call Joe Anderson and he agree to do the job. back on around about 6-14-2004 Joe Anderson had came out to the plaintiff home get a part to repair a furance and the plaintiff well all way believe that man

was help the that Clayton County Ga. police dept and former boss The director of the Clayton County Ga. community Devel. Dept. James Eddie Williams had planted the part that Joe Anderson in the plaintiff home.

and bought the furnace and that mornng after had purchase it said was sick 12-22-2004 .and the plaintiff had to installed the furance and after leave his house the furnace was put in LITHONIA ,Ga. that day

35

around about 12- 27-2004 and the plaint couldn't found his business License from the City of Elberton Ga. he had allready purchase it someone took it away the place he had his business at paper.

36

and bought the furnace and that mornng after had purchase it said was sick 12-22-2004 .and the plaintiff had to installed the furance and after leave his house the furnace was put in LITHONIA ,Ga. that day the plaintiff notice that a Dekaib county police follow him at the home depot.these had a timeline with out provocation the plaintiff believe that Clayton County Ga. police dept. had his phone wire tap from to very begain and was recording his conversation.

this is illegal and these folks used the police power to carry this out  on the plaintiff and had record his message on his phone with out because few folks I had folks one being the Atlanta, heating air condition inspector and other Joe Anderson being the other person.business in fact I did have my business because was a sit up the plaintiff already had his business from the City of Elberton, Ga. purchase 4-12-2004 the plaintiff could not find a copy of it and he had hide it in side his truck 2000 Toyota Tundra and the plaintiff found it.around about and the plaintiff went to place in the city of Riverdale and rent a building on 12-20-2004 around abount and the plaintiff  went to purchase business license that same day from the City of Riverdale, Ga. this was the plaintiff coworker sister and she would not sale the plaintiff a business after go there about four time.

37

the plaintiff went told his Attorney law group Rollins,Thompson, and swaz their were employee Attorney and did do any thing. around about 12-22-2004

38

and to the city of Atlanta, Ga. and was not and employment Attorney and told the about what going on at the City of Riverdale Ga. Attorney from the city of Atlanta, Ga. 12-27 2004 the plaintiff went to
Atorney  davis about my busness license at the city of Riverdale we had a discussion in his laws office

39

on around about 12-11-2004
the plaintiff had Attorney that was name Michael king kept call him
and then SARA Doe  she was mad at the plaintiff suit Clayton County Ga.

40

the plaintiff wnt to Cobert Ga to get his business license on around about 1-6-2005 the plaintiff rented a place from Ga Hwy 72 Terry Allen there over one hunderd mile way. on and purchase my business license that day at the City of Cobert  of Ga.hwy 72 Cobert GA. 12-4-2005 the state of Georgia heating board said some as possible get a business.

41

the plaintiff had a wreck his truck coming home from Lithonia Ga. because this was plained by the Clayton County Ga. community Devel. Dept. James Eddie Williams and the plaintiff with him and said while the plaint was in his office call former Clayton County Ga. commissioner board chairman C.C. Bray because woman had brand new car with no tag on it because folks did not want the plaintiff to go back to work for Clayton County Ga. community Devel. Dept in the Dkalb County Ga. she was hired by former commissioner board chairman C.C. Bray. this happen on around 12-28-2004 the plaintiff rear ended the car went front of the plaintiff and the woman jam the break of the new car and was piinned in on both side and could turn and go a round the vehicle the plaintiff hit the car and was at fault. these had point on the plaintiff his drive license because this would not allow to go back job at Clayton County Ga. community Devel. Dept in Jonesboro, Ga.

42

the plaintiff told his Attorney Rollins,Thompson, and swaz, of Decarut Ga. the plaintiff went by deacon Cavin Austin shiloh bpt. church Jonesbor, Ga. and the Clayton County Ga. police was wire tap the plaintiff phone, and follow him and deacon Cavin Austin was employed by Clayton County board of Education.

43

and the plaintiff went by Robert mitchell home the plaintiff was invited by Robert mitchell to go with him to ameet with Terry doe and he was a Bailar for the Fulton County Ga. court house down town Atlanta, Ga.he was runing Clayton County Ga. chairman commissioner I just had accident coming back from Lithonia Ga. and former Oscar Blalock and pass president of the Clayton County Ga. N.A.A.C.P. and went home this was

44

around 3-6-2005 and some how the next meeted was at law office in the Cithy of Riverdale, Ga Saturday morning because the plaintiff to the meet there and found out it was a sit up because this man want to live in a gate community with his family in Jonesboro, Ga and then the plaintiff stop going to the meeting with Terry doe help become Clayton County Ga. chairman commissioner.

45

and then on of around about 3-11-2005 the plaintiff catch James Eddie Williams leave his home.505 Hamlin Trace Riverdale, Ga. and call the Clayton County Ga. police dept. there was no investigetion of the plaintiff former boss James Eddie Willams burglarized. police dept. had solicited the plaintiff neighbors this started while the plaintiff at work this man at Clayton County Ga. communution devel. dept. this man was the plaintiff boss and had knowledge of the plaintiff routes. the plaintiff former boss James Eddie Williams, former Cl

46

 the plaintiff  went to the Clayton county Ga. District Attorney  office of Robert keller and his Manager said to the plaintiff that we let then handle business and we handle our. And the next day then the plaintiff had a meeting with his Attoreny and Debbie say to the plaintiff that no one going to believe you.

47

on round about 3-16-2005 and email the former governor of Ga.  Gov. Sonny Perdue and the plaintiff email had meet with Michael Julian Bond and met with Lee Scott and he said to the plaint to go State of Georgia Attorney General Baker ask to  investigetion.

48

 on around about 4-21-2005 the plaintiff went to the State of Georgia Attorney General Baker office the plaintiff met with someone at his office  and came

49

investigetion go to on around about 4-21-2004 email  United States Saxby chamblee of Ga. and former gov. of Georgia Senator Zell Miller of GA. Email his office.
 it's appeal to the plaintiff that Attoreny the plaintiff hired start working for the Clayton County Ga. police dept. the plaintiff former boss Clayton County Ga  James Eddie Willams continue to broke in to the plaintiff home and the Clayton County Ga. police officer who subport to do investigetion didn't do one. that what the plaintiff thought because these folks was tell because after the plaintiff reported that his former boss broke in to his home thing change with th and the plaintiff was told get a job his Attorneies. the plaintiff  got a job working with Robert

Mitchell at tire company. worked second shift and Robert Mitchell had told the plaintiff about a meeting at church in Riverdale Ga.

53

the plaintiff withdraw 4-21-2005 lawsuit because of The Clayton County Ga. police dept. and chief Robinison,The former Clayton County Ga. commissioner board chairman C.C. Bray, The Clayton County Ga. boad of commissioners john doe, John doe,John doe,Virginia Gray government official abuse of power and retaliate the plaintiff and missused the Clayton County Ga. police dept. and Clayton County Ga. employee

54

becaused the plaintiff reported corruption in the Clayton County Ga. Communion Devel. Dep and used the police power to put a timeline under the plaintiff on 6-22-2004 and continue used it 6-11-2020 with out provocation for the plaintiff and used to consealed action of the former director James Eddie Williams the Clayton County Ga. Communion devel dept. the former deputy director Joe Murphy. in side the Clayton County Ga. Communion devel dept. and business partners illegal activity inside the the Clayton County Ga. Communion devel dept. and former government officials help to concealed by the power of their office. and soliciting City of Atlanta,heating air conditioning inspector John Doe, the diretor of the City of Atlanta, Ga. Heating air conditioning John Doe police dept. Ga.,City of Elberton,Ga. and the State of Georgia Attorney General Baker, Fulton County Ga. Dekalb County Ga. Athens Ga. police dept and the Clarke County Ga. police dept. government many of Municipality all cross the State of Georgia. employees misscarry of justice because their abusive power,

54

that even around 12-28-2005 a child died in house fire that morning in Clayton County Ga. and the new Clayton County Ga.
the plaintiff had two charge brought against the plaintiff by the going out Clayton County Ga. solicitor general. were told byLee Scott and Vic Hill, these brought false charge and the new Clayton County Ga. solicitor general drop the chargeed because out going Clayton County Ga. solicitor general was working the of The Clayton County Ga. police dept. and chief Robinison,The former Clayton County Ga. commissioner board chairman C.C. Bray, The Clayton County Ga. boad of commissioners.these folks tried to froice her to arrest the plaintiff and stop him from reopen his reopen the plaintiff lawsuit in United State Northern District Court for the

12

Northern District of Georgia put the plaintiff in jail and consealed the edviance cover up corruption. these folks still had under investigation on a Time line.

55

around about 6-4-2005 the plaintiff went to Elberton, Ga and the plaintiff daughter and former boy friend had removed the plaintiff court briefs the plaintiff filed in the United State Northern District Court for the Northern District of Georgia the plaintifffiled against former Clayton County Ga. commissioner chairman C.C. Bray Clayton County Communition devel dept. director James Eddie Williams. and Clayton County Ga. with out the plaintiff permission and somehow the Clayton County police headquarters begin in around about on 5-1-2004 the plaintiff moved to home the plaintiff own at 959 Queen Elizabeth Way, Morrow Ga.30260 and the court briefs that the plaintif''s filed Attorneys filed in the United State Northern District Court for the Northern District of Georgia and the answer that the defendant Attorney sent the plaintiff Attorney sent the document to the plaintiff now his court briefs is in the Clayton County Ga. police dept. this happen with out the plainiff knowledge. and the fact that Clayton County police dept. had in their possession the plaintiff court briefs with out the plaintiff permission.

56

on arount about 1-1-2005 the plaintiff met with Lee Scott the manager for his wife new elected Clayton County Ga. District Attorney at Church in Clayton County Ga. a long with him was a former City of Atlanta, Ga. police dept. who had started working for new elected Clayton County Ga chairman of the board of commissioner Eldrin Bell and employed by Clayton County Ga on security the new Clayton County Ga chairman of the board of commissioner Eldrin Bell the former police officer now employee for Clayton County Ga. and purchase a home in Clayton County Ga now owner. and he said the plaintiff to speak at a home owner meeting and the plaintiff agree to do it.

57

on around about 1-6-2005 the plaintiff went a home owner that had been sit up by some Clayton County home owner at Mundy's Mill High School and the plaintiff talk about safety at the meeting and at the end of the meeting. the plaintiff gave the security officer the new Clayton County Ga chairman of the board of commissioner Eldrin Bell a copy of the record while the plaintiff meeting with the former Clayton County Ga. commissioner board chairman C.C. Bray administration and his assistant Wade Star Jr the plaintiff . and record the meeting with his tape record were the plaintiff told former Clayton County Ga. commissioner board

13

chairman C.C. Bray administration assistant Wade Star Jr. and gave a copy to with Lee Scott the
manager for his wife new elected  Clayton County Ga. District  Attorney

58

around about 1-12-2005
the plaintiff received a call from Lee Scott the manager of with Lee Scott office manager  his
wife new elected  Clayton County Ga. District  Attorney Jill Scott.and Lee Scott set a meeting
with a new hired detective from Clayton County Ga. District  Attorney Jill Scott office. a fromer
New Jersey police officer call the plaintiff  came to the plaintiff home and did and interview. the
detective and  the plaintiff  gave the detective some of the evident copy of record meeting,
with fromer Clayton County Ga. the former Clayton County Ga. commissioner board chairman
C.C. Bray administration and his assistant Wade Star Jr the plaintiff inside his office at the
Clayton County Ga. the former Clayton County Ga. commissioner board chairman
administration building. and permits to the detective.and he  recorded the meeting. and after
the meeting he sit up a meeting for the plaintiff to go to Clayton County Ga. District  Attorney
Jill Scott office.

59

on around about 1-19-2005
  the day the plaintiff went to Clayton County Ga. District  Attorney Jill Scott office. the plaintiff
meet with Clayton County Ga. District  Attorney Jill Scott and the plaintiff meet with District
Attorney Jill Scott  shook hands.  then the plaintiff and new hired detective from Clayton County
Ga. District  Attorney Jill Scott office fromer New Jersey police officer at first this man said so
thing to his one of coworker detective
and then we head out to home where the Fox 5 Atlanta, Ga. T.V. station showed Joe murphy
company truck parked working in those home as pull up to these home the window was open
and the front door was open. and the detective ask the plaintiff did the plaintiff want go in the
home and the plaintiff said no. because the plaintiff was not allow to inspected the home the
plaintiff didn't go the detective went in around about ten minutes went by and their come the
coworker of  new hired detective from Clayton County Ga. District  Attorney Jill Scott office with
a camrea in his hand. the plaintiff was still sitted in detective car. and knew that these was tries
get charge against the plaintiff. to consealed all the corruption that been done by Clayton
County Ga police dept. and former Clayton County Ga Chairman of the board of commissioner
and the and former Clayton County Ga board of commissioners, and former Clayton County Ga
Clayton County Ga. Communition Devel. dept. this was entrapment by new hired detective
from Clayton County Ga. District  Attorney Jill Scott office.

14

60

the plaintiff filed a lawsuit on around about 6-11-2005  against
 former  Clayton County Ga.District Attonrey Robert killer,  new  Clayton County Ga.District
Attonrey  Jill Scott, and her husband  District Attonrey manager Lee Scott, District  along with
the Clayton County Ga, police office name RED on the and the plaintiff coworker Michale
spence for Clayton County Ga. communion devel. dept. sister who worked for the City of
Riverdale,Ga. refuesd to sale the a plaintiff a business license.Clayton County police dept.
officer  and failled investgate the plaintiff former boss Clayton County Communion devel dept.
director James Eddie Williams. who broke in to the home. why the plaintiff had  plaintiff had a
Federal lawsuit United State Northern District Court for the Northern District of Georgia and
this judge CHARLES A. PANNELL JR. decsion in both court case was denials.

61

 start on about around 7-12-2004   and continue it 6-04-2005 and thru out 10-23-09  the
plaintiff couldn't go cut his yard at 324 Ohio st because the
the City of Elberton, Ga was hara the plaintiff with Elberton police dept. and used the plaintiff
was continue start used my neighbor on and around 324 Ohio st. Elberton,Ga.and The Elberton
County Ga. Sheriff dept. deputy and from out town follow the plaintiff and continue used the
time line 6-3-2005
because of the Clayton County Ga  police dept missused power. these fore did want secert to
get out had the time line on the plaintiff.

62

6-16-2005 the plaintiff went to walgreen in the city of Morrow Ga  and the former director
James Eddie Williams the Clayton County Ga. Communion  devel dept. this continue staking
the plaintiff and follow harsa and the plaintiff went to  the Clayton County Ga  police dept. first
person was Captain Jeffrey Turner was at the front desk that the plaintiff  reported to and file a
police report. and  the plaintiff went to the the Clayton County Ga  Court house file a complaint
with Clayton County Ga. Magistrate court judge and the plaintiff file reports with her 6-16-2005
and that was moved Clayton County Ga. Jonesboro, Ga.

63 A

the plaintiff filed a lawsuit against former  Clayton County Ga.District Attonrey Robert killer,
new  Clayton County Ga.District Attonrey  Jill Scott, and her husband  District Attonrey

15

manager Lee Scott, District  along with the Clayton County Ga, police office name RED on the and the plaintiff coworker Michale spence for Clayton County Ga. communion devel. dept. sister who worked for the City of Riverdale,Ga. refuesd to sale the a plaintiff a business license.Clayton County police dept. Officer RED  and failled investgate the plaintiff former boss Clayton County Communion devel dept. director James Eddie Williams. who broke in to the home. why the plaintiff had  plaintiff had a Federal lawsuit United State Northern District Court for the Northern District of Georgia and this judge CHARLES A. PANNELL JR. decsion in both court case was denials around about 1-13-2006

64

the plaintiff file appel in United States Court of Appeals for the Eleventh Circuit. three planne Justicel look at it and saw because the plaintiff had lawsuit against the Clayton County Ga. former Clayton County Ga. commissioner chairman C.C. Bray Clayton County Communion devel dept. director James Eddie Williams. the plaintiff former boss Clayton County Communion devel dept. director James Eddie Williams. who the plaintiff had a Federal lawsuit United State District Northern District Court Ga. and the United State District Northern District Court Ga. to the judge CHARLES A. PANNELL JR. this was in the Court of Appeals reopen the plaintiff lawsuit in United State District Northern District Court Ga around about  2-11-2006

65

first case round about on around about 2-24-2006  the plaintiff appellate briefs to United States Court of Appeals for the Eleventh Circuit.  and the clerk of who took the plaintiff court briefs had a person. fill in employyee name Shelly were the clerk that day for United States Court of Appeals for the Eleventh Circuit. it was 9:45 am. that the had two appellate briefs that day. filed them United States Court of Appeals for the Eleventh Circuit.  the thought it was unusual that a Clayton County Ga. builder who setting with the name Shelly in side the clerk desk at the United States Court of Appeals for the Eleventh Circuit.and Shelly clerk told the plaintiff to give his appellate briefs to the builder and Shelly told the Clayton County Ga. builder to stamps all four the appellate briefs receieved the builder from Clayton County Ga. gave the plaintiff and went home.

66

 the plaintiff receieved copys of the United States Court of Appeals for the Eleventh Circuit. three judge pannel looked at it and had to see Clayton County Communion devel dept. director James Eddie Williams name that the plaintiff said his boss that the former director of

16

the Clayton County Ga communition devel dept. James Eddie Williams broke into the plaintiff home at 505 Hamlin Trace Riverdale Ga. and these Three pannel judge United States Court of Appeals for the Eleventh Circuit. and someone change the plaintiff case numberUnited States Court of Appeals for the Eleventh Circuit. three planne Justicel look at it and said the case number the plaintiff  appellate briefs was wrong. 6-13-2006 around about decsion in first court case was denials.


68


 the plaintiff court briefs the plaintiff filed reopen in the United State Northern District Court for the Northern District of Georgia the plaintiff filed a lawsuited against former Clayton County Ga. commissioner chairman C.C. Bray Clayton County Communition devel dept. director James Eddie Williams. and Clayton County Ga.on around about 6-2-2005 was removed  Melaine Robertson and former boyfriend John Doe the plaintiff  court briefs with out the plaintiff permission home the plaintiff home at 959 Queen Elizabeth Way, Morrow Ga.30260  out the plainiff knowledge. and the fact that Clayton County police dept. had itheir possession the plaintiff court briefs on around about 7-16-2006 was remove by Melaine Robertson the plaintiff appellate briefs the Eleventh stice Center in Jonesboro, Ga.


69


about 1-29-2003 and the Clayton County Ga. business expire on 3-31-2004 purchase a business license form the City of Elberton in a round about the next year in the plaintiff rented a building Riverdale, Ga and tries get licenes for the City of Riverdale Ga. was denied. and had to go to Cobert Ga. and rent a building from Terry Allen on AROUND ABOUT 1-5-2005 and  remove the plaintiff tools and suppy from the plaintiff office the plaintiff was renting Teery Allen and his family the Clayton County Ga. former Clayton County Ga. commissioner chairman C.C. Bray, used the former missused Clayton County Ga. police dept.


70


on around about 10-23-2006 the plaintiff move to Athens Ga.  and the plaintiff because a member of  Ebenezer West BAPT. Athens Ga. a round about 1-22-2007 at Ebenezer West BAPT. Athens Ga. wher the plaintiff the church the PASTOR Dr. HOPE was there and something strange happen that a member went under church and he saw there was a foundation

problems. the church building was no good and somehow get two million dollar to built another church because this need replace and the pastor start used member of the church in tring put the palintiff jail. and other churches and folks to help put the plaintiff in jail. Dr Hope. went to a church in Atlanta, Ga. call Antioch BPT. North, Atlanta, Ga. one Sunday morning Dr. Hope had ame from that church and had met with someone at that church and the pastor he said promise two million dollar to built another church. the Rev Jackson, may have promise him that because he help organize the church in Ebenezer West BAPT ATHENS Ga. because one time my former Pastor preach at that church, Roy burns and Dr. told him that Rev. Jackson help with training. for the and the plaintiff met Judge Charles Jones Athen Superior court Judge. he was great help this reach to the plaintiff too Barack Obama once got elected to the presidentce he appointed Judge Charles Jones bench to the United State Northern District Court for the Northern District of Georgia.

71

around about 3-29-2008 the senior pastor of Ebenezer Baptist church Raphael G.Warnnock said for five million dollar and jobs. yes i'm go to help put you in jail. Raphael G.Warnnock took charge it and the State of Georgia, and the City of Atlanta, Ga and the City of Elberton, Ga. and churches in Atlanta, Ga and all cross the state of Georgia to give help. the homeless people in Atlanta, Ga. the would get off the street of Atlanta, Ga. and give a place to live at. and reward some folk with monetray gift. and get the business folks of down town Atlanta, Ga. to agree with that the street would be cleaned and no homeless folks be on it. and would to get the cheap and the bester worker and then the senior pastor OF Ebenezer Baptist church Raphael G.Warnnock officer immigrant who witness the plaintiff eat would be give their United State citizenship. and the homeslee be give home to live in who help folks out witness the plaintiff eat foods. the plaintiff was continue put under investigation and Time line.

72

and around about 4-3-2008 the State of Georgia Attorney General Baker, and the state of GEORGIA Gov. Sonny Perdue, had timeline at Centennial Olympic Park Atlanta, Ga. cities and counties cars,trucks,van, in timeline to give subport to put innocent man in jail state officials created this schemes with City of Atanta, Ga.former Mayor Shirley Franklin, Atlanta, Ga.police dept. and Able body labor stop the plaintiff from working because these folks planed on getting all the plaintiff belong.on around about 8-11-2008 around about the plaintiff worked form working at able body labor Atlanta, Ga.therefore could not pay the bill and these folks took his belonging was in storeage locker in the City of Athens Ga. this was planed. the plaintiff was

deprivation of right under color of law. because had the plaintiff timeline stop him from
working in his profession. had control where and live at as well.

73

4-21-2008 the State of Georgia, the City of Atlainta, Ga. and able body labor used the employee
and company to tell the ATLANTA, Ga. police and was follow and knew were was at all time
their and would allow the plaintiff to work on around about 10-12-2011 and therefore the
plaintiff could paid his storage bill in the city of Athens Ga.and these folks got all his belonging
around about 7-13-2011 the plaintiff home was destroyed in the City of Elberton Ga. because of
able body labor the State of Georgia the City of Atlanta police dept. abused power to destroyed
the plaintiff  home on 324 Ohio st. Elberton Ga.

76

 Former Georgia governor Nate Deals had the Georgia Bureau investigation  to do an
investgatetion of the Clayton County Ga justice dept.and the plaintiff Business license thea the
purchase the City of Elberton 4-12-2004 and the plaintiff Business license thea the purchase the
City of COBERT Ga. 1-6-2005,   New elected  Clayton County Ga.board of commissioner
chairman Jeffrey Turner, Jeffrey Turner got elected 1-12-20-12 and  fired The former Chief of
the Clayton County Ga. Chief Turner was his name and wrote email and said that Jeffrey Turner
going to the Clayton County Ga.C.C.Bray Justice Center and go to get paper this knew that the
plaintiff court briefs and the plaintiff appellate briefs to United States Court of Appeals for the
Eleventh Circuit   the plaintiff tries to get justice even ask for Attorney and was denial by the
Judge in the United States District Northern District Northern Court Gerogia.
after the former chief Turner  after sent email and a job was  found  for the former Chief of the
Clayton County police the former chief Turner knew  all about these officials missused their
office and abuse authority.and still plan to the plaintiff in jail and consealed it. new elected
Clayton County Ga.board of commissioner chairman Jeffrey Turner found the former Chief of
the Clayton County police another job. how many other employee knew what in the plaintiff
court briefs United State Northern District Court for the Northern District of Georgia and the
plaintiff court and the plaintiff appellate briefs to United States Court of Appeals for the
Eleventh Circuit. Read all about the

77

corruption in the Clayton County Ga. Communition devle. dept. that former Clayton county Ga.
the former Clayton County Ga.former chairman board of comisssioner C.C.Bray and the

member of the Clayton County Ga.board comisssioners C.C.and the  Clayton County Ga.police dept.the former governor Georgia Nate Deals failed to stop this unconstituttion action missused the power of his office. because he had gave The Friendship Bpt. church and 28 million dollar and the other church got around about 18 million therefore and the Georgia Legislature gave all this money away to buy the land where the churches owned.  Nate Deals had removed the name of former Clayton County Ga. chairman of board of commissioner C.C.Bray off the C.C. Bray justice center in joneboro, Ga. the former Governor went to  Fulton County District ATTORNEY Paul Howard Jr. and tried get him on board to put a innocent man in jail and Fulton County District ATTORNEY Paul Howard Jr. said no the man unconstitution action and former governor got angry and builded his own Georgia court house. and it name after him and fail to tell every one that the plaintiff is a innocent man but he want to go ahead with put a innocent because spent some money to do so and found out these did their job. and now the City of Atlanta, Ga continue tries put the plaintiff in jail with unconstitution action

77

. the former Clayton County Ga. chairman of the board of commisssioner C.C.Bray and . the former Clayton County Ga.  of the board of commisssioners themsefe and the Clayton County Ga. police Chief Robinsion retired and created open  for a new police chief of Clayton County Ga. police dept. planed on hired Jeffrey Turner to be the next police chief of Clayton County Ga. police dept. because Jeffrey Turner had his name was on the plaintiff court briefs in the United State District Northern District Court  on the plaintiff  appellate briefs United States Court of Appeals for the Eleventh Circuit and that was go protected their secret and corruption. and with the plaintiff court briefs connected to him and had all the briefs at the new Clayton County Ga. police dept.C.C. Bray justice Center in Jonesboro, Ga  all the other candidates never had a chance and was made the new police chief of Clayton County Ga. police  Jeffrey Turner was to arrest the plaintiff put him in jail and go to the Clayton county Ga. superior court were  all court document would be concealed. The police chief of Clayton County Ga. police 3-2007 Jeffrey Turner got fired police chief of Clayton County Ga. police dept. and left the plaintiff court all briefs and two appellate briefs.

78

 the plaintiff court briefs and the plaintiff appellate briefs to United States Court of Appeals for the Eleventh Circuit the plaintiff after the Chief of the Clayton County Ga police Turner  got fired from the in and  made these statement the new elected Clayton County Ga.board of commissioner chairman Jeffrey Turner had just fired him and them after sent email and a job was  found the former Chief of the Clayton County police Turner because knew their to out the

plaintiff in jail. how many other  Clayton County Ga police dept. employee knew about the
plaintiff court briefs United State Northern District Court for the Northern District of Georgia
and the plaintiff court and the plaintiff appellate briefs to United States Court of Appeals for the
Eleventh Circuit.

79

the former Gov. Nate Deals had the former former Clayton County Ga  commissioner board
chairman C.C. Bray Clayton name removed of the Clayton County Ga.police Justice Center. this
happen because once got the plaintiff court  and told former governor Nate Deals meet
president Barack Obama in Atanta, GA. Cobb County airport this about 4-21-20017 what he
found and didn't the lawsuit  all this was on of round about the plaintiff
appellate briefs to United States Court of Appeals for the Eleventh Circuit  and now while the
plaintiff was at work my daughter Melnie Robertson removed the plaintiff  court briefs in
United State District Northern District Court the plaintiff and the plaintiff  appellate briefs on
around about the one person the plaintiff told was Clayton County Ga. police Captain Jeffrey
Turner of Clayton County Ga. police dept. on of about around 6-18-2004 Clayton County Ga.
police dept
Because voilated the law and missused the power of the police of Clayton County Ga.police
dept.at the very begin on 6-12-2004 and start to stop the plaintiff lawsuit and put the plaintiff
used their of their office to put the plaintiff jail and consealed .still to 6-6-2020 have a time line
on the plaintitiff because these folk don't want there secret to get out.

81

 because had put the plaintiff timeline and used goverment employee  stop him from working
in his profession. had control where the plaintiff work at and live. nowtheless if the plaintiff
boss and  coworker had to be a witness for the goverment State of Georgia
and city of Atlanta, Ga. Mayor office close down the homeless solictiting them to help put the
plaintiff in jail. these homeless folks would be reward with monetray gift.  the City of Atlanta,
Ga. and the state of Georgia to get the homeless people off the street of Atlanta, Ga. the
business folks in down town Atlanta, Ga.  would to get the cheap and the best worker  and then
the senior pastor OF Ebenezer Baptist church Raphael G.Warnnock took it over charge
immigrant who witness the plaintiff eat would be give their United State citizenship. and the
homelee.

82

on around about 12-9-19 the plaintiff was Assault and battery at the Centennial Olympic Park in Atlanta, Ga
then the plaintiff file a police report with Ga. World Congress Center Authority police. what the plaintiff told the security officer. Ga. World Congress Center Authority police. was not on the police report that the plaintiff got security officer. because another police officer did his only reported. with out any input from the plaintiff. Ga. World Congress Center Authority police. used homeless folks to be witness for to watch the plaintiff an other folks to witness. to what the plaintiff and who he talk to and where he go.

83

and second time on of round about 12-12-2019 the Ga. Captiol police was across the street park lot and someone had called them and told them what had happen. and the plaintiff went to to Grady Hospital emergency room. and file a police report with the City of Atlanta,Ga police dept. because the City of Atlanta, Ga. police dept. used these homeless peopl and other folks as well along police dept. the Centennial Olympic Park the Ga. World Congress Center Authority police used them too,and Ambassador force downtown Atlanta, GA. used the homeless as well and promise them a monetary gift. the Central Presbyterian Church, pastor and the membership has knowlage of it and some eventhe member invovle with this act at Central Presbyterian Church at 201 Washington street s.w. Atlanta, Ga. there childern who attend church adolescence know what going on. that wrong those folks to be part something like this. the shelter is part the church and you teaching homeless men and your church family and your children to do the wrong things. these man need.

84

the Central Night shelter owner Director Jessie Bashor and Co Director Cathal Doyle know about this get churches and volunteers to assistantis get and instructed these man watch to the plaintiff eat his suppy and be a witness fot the City of Atlanta police dept. created this and used the church, and churches these folks used the homeless people to hepl trying bill a case against the plaintiff it dose matter to them who pick to do this other police dept. because the Atlanta,GA. poilce dept. used these folks this guy just got prison year ago and he work for Trojan LABOR, Chamblee, Ga he from, South Carolina, and the same city that one my former supervisor at Trojan labor, in Chamblee, Ga.this hit wile the plaintiff was a sleep in the night shelter. the plaintiff got a concussion a brain injury while he was a sleep. on his map. inside the church at Central night shelter at 201 washington street S.W.Atlanta, Ga. and the man who was on the left side the plaintiff Anthony Campbell, was spying in the night shelter was a Army

22

Veteran. to right the plaintiff Artist. name Grant and the clean up crews at the Central night shelter was few maps down from the plaintiff. and the plaintiff was on the right side of the Central night shelteras as come in the fourth floor of the room. the Joan Doe who is volunteer on friday night call a street person. she is ATTORNEY.

85

Joan Doe use to work for the State Bar of Georgia office because she told the plainiff this the first time he met her and she had quite her job at the State Bar of Georgia office her in Atlanta, Ga. the plaintiff hear her tell someone that at the Central night shelter at 201 washington street S.W.Atlanta, Ga. Joan Doe was up set that told the plaintiff that was ATTORNEY and worked for the State Bar of Georgia office down town Atlanat, Ga. then she start help the leader Central night shelter and take big roll when head left. tell those homeless men witness the plaintiff and their would be rewarded. because she got Anthony Campbell, to spy on the plaintiff and put bobby on the clean up crew. and other man crew member the name bobby came to me and said because the said the plaintiff help them and used the homeless people to do this. becaused the woman who is volunteer on friday night call a street person.

86

Joan Doe is ATTORNEY. who use to work for the State Bar of Georgia office. the plaintiff been knew for over ten years. she know this is wrong.and ARTIS NAME GRANT, and the clean up crews at the Central night shelter was there and they know the man who hit the plaintiff because a name bobby said the plaintiff man you need go to the hotel and hang out there beside that the plaintiff saw the man who hit the plaintiff and this man drop moneys on a man name Grant the artist map. and there who did this just got prison a year ago. and he tries to apologize to the plaintiff. and first time was the plaintiff was hit in both eyes and the plaintiff talk with woman the Attorney on the next and would help him and she said that not none folks job to prevent the plaintiff from get attach. it not man crew member, over night volunteer job.

87

former Clayton County Ga. commissioner board chairman C.C. Bray and the former Clayton County Ga. board of commissioner and the Clayton County police dept. and concealed his action. and came up with their schemes that the former Clayton County Ga. police dept. Chief Robinison, retired and this open up for new chief of the Clayton County Ga. police dept. came up to get a new chief of the Clayton County Ga. police dept. and under direction of the former

23

Clayton County Ga. commissioner board chairman C.C. Bray and the former Clayton County Ga. board of commissioner court briefs with the the plainiff knowledge. and the fact that Clayton County police dept. had it in there possession with out the plaintiff permission. and these elected official  knew it was against the law.

stop the plaintiff from suit the of the former Clayton County Ga. commissioner board chairman C.C. Bray and the former Clayton County Ga. director James Eddie Willams


88


 on 6-11-2005 or around about and the plaintiff reported to Captain Jeffrey Turner of ayton County Ga police dept.was one of the person that the plaintiff reported about. County Ga. the former Gov. Nate Deals start put up camera all across the city of Atlanta, because knew the plaintiff was innocent man because  he went Fulton County District ATTORNEY Paul Howard Jr. and tried to get him on board to put a innocent man in jail and Fulton County District ATTORNEY Paul Howard Jr. said no the fact to put  innocent man  jail because unconstitution. and former governor got angry with him. and builded his own Georgia court house in the City of Atlanta, Ga. and it is name after him. this man failed to tell everyone that the plaintiff is innocent man and and fail to tell every one that the plaintiff is a innocent man but he want to go ahead with put a innocent because spent the State of Georgia


89


7-18-2004 around about start with enlisted The city of Atlanta,Ga Ga.heating air conditioning inspector John Doe  went on to enlisted inspector from the city of Atlanta, Ga. inspection dept. the City of Elberton Ga.Mayor Scott Wilson, used the City of Elberton Ga.employee and Elbert County District Attoreny John doe. and Elberton county employee.with


90


their schemes and other Clayton County Ga. communtion employee and Clayton County Ga.police officer Robert had and run a  construction company. soliciting inside the office of Clayton County Ga. communtion devel dept. customer their  former in side the Clayton County Ga. Communtion  devel dept. and used the moneys for training Clayton County Ga.employee that the Clayton County Ga. board of commissioner gave to the the Clayton County Ga. Communtion  Devel dept. used it for their business.reward employee with big resorts training area to the Joan Doe women in the office at the Clayton County Ga. Communtion devel dept. for trainings and giving big salary to employee more than the inspectors were making because

were used the money for their business. and there was no money for to training the inspector to learn how do all trases plumber, Building, electrical, mechanical because all inspector did all trades to be a better inspector  Clayton County Ga.

91


 because these government official put the public at risk. the State of Georgia Attorney General Baker was their early on to stop the plaintiff Federal lawsuit against In the United State Northern District Court for the Northern District of Georgia The former Clayton County Ga. commissioner board chairman C.C. Bray, Clayton County
had hired Sara  Doe and son Michael  Doe and the plaintiff sister-inlaw Angela Robertson were told by Michale Doe to go to Fulton county Ga.


92


around about 6-8-2006 at the plaintiff went to Neal street in Atlanta, Ga. to give and the homeless to help the police to watch the plaintiff  and went to get off the homeless  street of Atlanta, Ga. 09-11-2008  the business folks love that and would to get the cheap and the best worker  and then the senior pastor OF Ebenezer Baptist church Raphael G.Warnnock took charge immigrant who witness the plaintiff eat would be give their United State citizenship. and the homeslee be give home to live in who help folks out witness the plaintiff eat foods.


93


around about 8-21-2008  the State of Georgia Attorney General Baker, and former Governor the state of GEORGIA Gov. Sonny Perdue, schemes with City of Atanta, Ga.former Mayor Shirley Franklin, Atlanta, Ga.police dept. and Able body labor stop the plaintiff from working because these folks planed on getting all the plaintiff belong. these folks misused  their power of their office to do it.

94


because if the plaintiff the boss and his coworker had to be a witness for the goverment city of Atlanta, Ga. police. of the State of Georgia. the State of Gia Attorney General Baker, the Governor went around the world look for jobs to come to the state of Georgia to give and the homeless would be off the street of Atlanta, Ga. the business folks love that and would to get

were used the money for their business. and there was no money for to training the inspector to learn how do all trases plumber, Building, electrical, mechanical because all inspector did all trades to be a better inspector  Clayton County Ga.

91

because these government official put the public at risk. the State of Georgia Attorney General Baker was their early on to stop the plaintiff Federal lawsuit against In the United State Northern District Court for the Northern District of Georgia The former Clayton County Ga. commissioner board chairman C.C. Bray, Clayton County
had hired Sara  Doe and son Michael  Doe and the plaintiff sister-inlaw Angela Robertson were told by Michale Doe to go to Fulton county Ga.

92

around about 6-8-2006 at the plaintiff went to Neal street in Atlanta, Ga. to give and the homeless to help the police to watch the plaintiff  and went to get off the homeless  street of Atlanta, Ga. 09-11-2008  the business folks love that and would to get the cheap and the best worker  and then the senior pastor OF Ebenezer Baptist church Raphael G.Warnnock took charge immigrant who witness the plaintiff eat would be give their United State citizenship. and the homeslee be give home to live in who help folks out witness the plaintiff eat foods.

93

around about 8-21-2008  the State of Georgia Attorney General Baker, and former Governor the state of GEORGIA Gov. Sonny Perdue, schemes with City of Atanta, Ga.former Mayor Shirley Franklin, Atlanta, Ga.police dept. and Able body labor stop the plaintiff from working because these folks planed on getting all the plaintiff belong. these folks misused  their power of their office to do it.

94

because if the plaintiff the boss and his coworker had to be a witness for the goverment city of Atlanta, Ga. police. of the State of Georgia. the State of Gia Attorney General Baker, the Governor went around the world look for jobs to come to the state of Georgia to give and the homeless would be off the street of Atlanta, Ga. the business folks love that and would to get

the cheap and the best worker and then the senior pastor OF Ebenezer Baptist church Raphael G.Warnnock took charge immigrant who witness the plaintiff eat would be give their United State citizenship. and the homeslee be give home to live in who help folks out witness the plaintiff eat foods.

96

Around about 12-08-2019 the city o Atlanta, police department and the State of Georgia used poilce dept.to solicited the homless and other folks them to be witness against the plaintiff and put him in jail. had promise then housing and monetary gift fot thir help them first time it was a homeless that on around about 8-20-2006 in Atlanta, Ga. on Near st. at Church south west Atlanta, GA.AND Atlanta, Ga.mission on mill street. next on around about 2-12-2009 peter street Atlanta, bapt mission.the lived. on around about 10-14-2010 Central night shelter. the plaintiff this man at Central night shelter on a round about 12-07-2019 and a few day early and the was on around about 12-10-19 at Centennial Olympic Park the Atlanta,Ga. he walk up on me and hit in the plaintiff both eyes. and the plaintiff had see man in side the Central night shelter the plaintiff a homeless from the night shelter and the shoe he wear was from the Central night shelter. because the City Atlanta, police dept solicitiing the homeless folks a make promise to them if the plaintiff go to jail get paid money.

97

and used churches to help them this wrong.the plaintiff. went to Grady Hospital emergency room around about 12-09-2-19 then the plaintiff file a police report with Ga. World Congress Center Authority police. what the plaintiff told the security officer. Ga. World Congress Center Authority police. was not on the police report that the plaintiff got security officer. because another police officer did his only reported. with out any input from the plaintiff. Ga. World Congress Center Authority police. used homeless folks to be witness for to watch the plaintiff an other folks to witness. to what the plaintiff was talking about and to whom the plaintiff talk to and where the plaintiff went to 12-12-2019 the plaintiff was sleeping in a church at Central night shelter at 201 washington street S.W.Atlanta, the plaintiff was assault and battery the second time in four day. this time was in a church. and the plaintiff is a license Ordained minister this is God house and the the CITY OF Atlanta police dept have no respect religion the plaintiff have first Amendment right to religion. because of their action this is unconstiton a violative the plainiff rights guaranteed by the U.S. Constitution. as these homeless men and church members, along with volunteer all type folks come to the Central night, shelter and a great deal places the had eated at the CITY OF Atlanta police dept. have someone to be witness the plaintiff watch me eated food and they would receive monetary gift. the plaintiff had just

file a lawsuite in United State District court for the Northern district of Georgia Atlanta
DIVISION and the City of Atlanta, Ga. used and put him in danger because these folks never has
been train to do what the City of Atlanta used them for. some just got out prison just the man
who hit the plaintiff at round four oclock this man was going to worked. he had start worked for
company who doing storm drains repair. before worked he for Trojan LABOR, Chamblee, Ga he
from, South Carolina, and the same city that one my former supervisor at Trojan labor, in
Chamblee, Ga. now back he work for Trojan LABOR, Chamblee, Ga and that man tryed to
apologize to the plaintiff walked away and few week ago at Arts center Marta station this man
plaintiff has  assault and battery by this homeless now he was threated by him. against and the
plaintiff walked away again. and  other folks has threated the plaintiff as well. and the plaintiff
got assault and battery by a another homeless man this was the first time it was a homeless
that in the lived. in Central night shelter and the was at Centennial Olympic Park the Atlanta,Ga.
he walk up on me and hit in the plaintiff both eyes. and the plaintiff had see man in side the
Central night shelter the plaintiff a homeless from the night shelter and the shoe he wear was
from the Central night shelter. the plaintiff went to Grady Hospital emergency room around
about 12-08-2019 because his head was hurted.and there some employee at the Hospital
watching to see that he was eating food. just like all other people was doing and no one call the
police. because the was assault and battery and the police was call at all failed to stop this
unconstituttion action.

98

 the plaintiff help and ignore the was injury by the action put in motion went to the Grady
Hosptial Memorial emergency for around six time in pass four months because my back injury
never got a back x-ray because this foolishness and hips injury, a groil hernia injuries and I had
surgery form two o clock P.M. and I was awaiting at seven thirty P.M. after that surgery. and
because the doctor at the Mercy Care, DOCTOR THE PLAINT SEING IN 8-01-19 and Morehouse
MEDCAL, doctors India these women wanted the plainttiff go back to work, because wanted to
get some of the India Immigrant to stay by the plaintiff this could happen. conspiracyed to not
allow my to get a back x ray MRI ON MY LOW BACK AND UPPER BACK because these folks had
conspiring to with has talk with the manager Morehouse MEDCAL  John Doe., and at the Grady
Hosptial Memorial Atlanta,Ga. how been treated and no one will help the plaintiff  been in a
shelter becuase of the corruption government. illegal acts and action. put the plaintiff in
homeless shelter that could kill him. these did not care. because the plaintiff is whilseblower
and to put all type folks homeless the City of Atlanta, Ga. know this too. and the Central out
Reach and Advocacy Center programs and services,Gateways center. because help
the senior pastor OF Ebenezer Baptist church Raphael G.Warnnock out with Immigrant and
removed the homeless of the street of Atlanta,Ga. and tring to put the plaintiff jail.

27

99

police dept. had solicited the plaintiff neighbors this started while the plaintiff at work this man
at Clayton County Ga. communion devel. dept. this man was the plaintiff boss and had
knowledge of the plaintiff routes. the plaintiff former boss James Eddie Williams, former CI

## PRAYERS FOR RELIEF

the pay fair market value to the plaintiff for his home been destroyed at 324 Ohio st.
Elberton, Ga
with the severe defenants action the ask for Attorney to help the plaintiff seek justice.

all the plaintiff belong furniture the plaintiff close, personal artifacts memorabillia
tools, riding lawn mower and the big green egg grill. of paid fair market value.

back pay from the plaintiff job at the Clayton County Ga. board of commissioners
begain 9-6-2004 and thur 6-8-2020 and all hoilday back pay and pay raises per years three day
for being suspended.and back vacation pay.

is an action for injunctive reliefs 1.2.3. and damages pursuant to 42 U.S.C. §1983, right

to redress first amends U.S.C. §1983 FOURTH, AMENDMENT And equal  protection

under FOURTEENTHAMENDMENT federal tort claim act negligence, 42 U.S.C. § 1983

U.S.C. § 1983 breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986

constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42

U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985, 42U.S.C.1986 action for neglect to

Title 51 O.C. G. A.51-1-6-1 breach of duty O.C.G.A § 51-1-6,

EMOTIONAL DISTRESS GA. TORL LAW

unspecified DAMAGEBY A JURY TRAIL AND

COMENSATOTY DAMAGE AND

PUNITIVE DAMAGE and under TORL LAW

Melvin Robertson
Email kajman567@live.com
phone number 404-849-661
1328  Peachtree Street N.E.
Atlanta, GA.30309

29