IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ATLANTA GEORGIA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 07 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Melvin Robertson

plaintiff pro se

                                  CIVIL ACTION FILE

                                  NO 1:20-CV-2507-TCB

V.

                                  JURY TRIAL DEMAND

CLAYTON COUNTY- GEORGIA
POLICE DEPARTMENT,et ai,

Defendants

DEFENDANTS KEISHA LANCE BOTTOMS, and ERIKA SHIELDS

OBJECTION THE JUDGE ORDER THE ON GROUND

OF BAD FACE BY THE COURT AND THIS JUDGE ORDER

GROUND CONFLICT OF INTEREST UNCONSTITUTIONAL, THE

JUDGER ACTION PUT THE PLAINTIFF IN DANGRE.

NO JUDGE OF EMPLOYEE OF UNITED STATE GOVERNMENT SHOW BIAS because UNITED STATE judge Charles A Pannell Jr. and UNITED STATE judge Steve C. JONES, U.S.D.C. CLERKS JAMES N HATTEN, former U.S.D.C. CHIEF JUDGE Thomas W. Thrash JR, and the Plaintiff wrote a letter to chief judge Thomas W. Thrash and tell him that the was IMMINENT DANGER on page 2 of 6 paragraph 2 The PlaintIff as the for help with paralegal and typist REQUEST FOR APPOINTMENT OF COUNSEL, Case 1:20-cv-02507-TCB Document 13 Filed Page 1 of 1, 2 of 2 and the 06/30/20 JUN 09/2021, Jun 09/2021 Document 31:21-cv-1468-TCB plaintiff ask for the court for EMERGENCE HEARING page second paragraph because was in IMMINENT DANGER and the plaintiff ask for Access to protective be the U.S. Marshal service, the Plaintiff just got out the DeKalb Medical Hospital because deputy Clerk and UNITED STATE judge Timothy C. Batten Sr. made funny of the Plaintiff filed

App.28-2021 Document NO 1:20-CV-2507-TCB page 1 for the fact keep getting just I was threatened by a young man and get injured at starbucks coffee on Peachtree in Buckhead employee Someone put something in the Plaintiff coffee. Bad faith U.S. D.C. judge Timothy C. Batten Sr , Reginald C. Martin Sr,. Social Security Administration. The U.S Attorney office Northern of GA. U.S. District court clerk office, State of GA. Clayton County GA. for over eighteen years the Plaintiff be under attack and for two years the Plaintiff withheld medical treatment site Hill v. Dekalb Reg'l Youth Det. Ctr., 40 F.3d 1176, 1187 (11th Cir 1994) this allow private citizens to attack the Plaintiff miscarry of justice.

The hospital at DeKalb Medical on 08-21-2021 because someone put something in the Plaintiff coffee was injured put in danger the Plaintiff has nerve damage on the left side, back upper and lower shoulder and arm left hip. The fact U. S. judge Timothy C. Batten Sr. a

long with the U.S. Attorney for Northern GA. and the Because fort two years the Plaintiff has deprived of getting a MRI on the Plaintiff Grady hospitals EMERGENCE refused to do one and the Plaintiff PrimaryDoctors all refused to order an MRI on the plaintiff's back and the Plaintiff continues to be in pain. Lumbar disc Herniation continues to be in pain site Estelle, 429 U.S. at 104 ; Jett v. Penner, 439 F. 3d 1091, 1096 (9th Cir. 2006) because The plaintiff went to Grady Hospital health care the on around about 08/16/ 2019emergency room three day in roll the just had injured his back at work and all the primary doctor Morehouse keep change the Plaintiff doctors, all said that go back to work Refused give the MRI these folks this court help prevent the plaintiff from getting medical treatment of his back UNITED STATE judge Timothy C. Batten Sr., Social Security Administration suite 2860 FLR 28 401 W. Peachtree ST NW Atlanta, GA. and The U.S. Attorney Office deprived the of

getting Medical treatment by prevent the of getting survivor benefit for social security by not allow the PlaintiffMedicare because the Social Security Administration and Grady Hospital emergency room and primary care doctors know that had Lumbar disc herniation site Hill v. Dekalb Reg'l Youth Det. Ctr., 40 F.3d 1176, 1187 (11th Cir 1994) for over eighteen years the Plaintiff under attack by State of Georgia and Clayton police dept. judge Charles A Pannell Jr. , Deputy clerk and UNITED STATE judge Steve C. JONES, and Bad faith U.S. D.C. judge Timothy C. Batten Sr , Reginald C. Martin , he Social Security Administration, Behavior Health services Miss Winn I got Olanzapine tablets 5mg Gabapentin 300 mg cause dizziness the Plaintiff went because back Lumbar disc herniation was denied seeing orthopaedic violated the Plaintiff constitution never see the same doctors at Grady Health care because former Gov. Deal and Rev. Warnock, back pain that had and has nerve damage on the left side, back upper and lower and

shocking go down left leg dizziness, shoulder and arm pin, left hip. In pain All day long and at night too I get two to three hour sleep, I'm batting major depression disorder case 1;20-cv-04967-TCB Document 14 paragraph 1-2 page 2 of 35 page 3 paragraph 1 Defendants complaint and DEFENDANTS KEISHA LANCE BOTTOMS, and ERIKA SHIELDS, The Plaintiff had no way to get a case without this site Jensen V. Snelling Supra,841 F.2d 606-07 and stark v. Dynascan Corp., 902 F.2d 549, 551 (7th cir. 1990)These folks gave the plaintiff these law cases and made sure Stop the plaintiff medical treatment help plotted with Grady hospital Why did the U. D. C. GA. and Pres.Joe Biden went to Gwinnett County GA. PRE. Biden wants REV Warnock win as U.S. senators sat in Georgia, The Plaintiff right was violated retaliation from 08/17/2004 to 08/21/2021 U.S. Attorney office Sally Yates and U.S. Attorney under constitution to allow state of Georgia site city of Atlanta, GA. U.S.D.C of Northern Ga. allow government thLopez v. Youngblood, 609 F. Supp. 2d 1125 (E. D. Cal. 2009)

Melvin Robertson
1328 Peachtree st. NW
Atlanta, GA. 30309
404-849-6610
www.kajman567@live.com

*Melvin Robertson* (signature)